# Third District Court of Appeal

## State of Florida

Opinion filed April 6, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-344
Lower Tribunal No. F07-31687

————————

**Oscar R. Evans,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Oscar R. Evans, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and SCALES and GORDO, JJ.

PER CURIAM.

Affirmed.  See Evans v. State, 327 So. 3d 968 (Fla. 3d DCA 2021).